B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Shoreline Grading, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**22-3212152** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**123 Bartlett Avenue**<br>**West Creek, NJ**<br>ZIP Code **08092** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Ocean** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9            of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13          of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,        ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as            business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors** *(heading spanning)* |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Shoreline Grading, Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____ <br> Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## RESOLUTION
## AUTHORIZING THE FILING OF A
## PETITION FOR REORGANIZATION

I, **JOSEPH FILOON, JR.** the President of **SHORELINE GRADING, INC.**, a

corporation of the State of New Jersey, hereby certify that in lieu of a Special Meeting of

the Board of Directors of said corporation being held in accordance with the By-Laws of

said corporation, all of the directors consent to the following resolution:

**RESOLVED**, that **JOSEPH FILOON, JR.** the President of this
Corporation, be and he is hereby authorized and directed on behalf of and in the
name of this Corporation to execute and verify a Petition for Reorganization
under Chapter 11 of the Bankruptcy Code and to cause same to be filed in the
United States Bankruptcy Court for the District of New Jersey, to file any Plan or
Plans of Reorganization for the Debtor necessary to effectuate a Plan or Plans of
Reorganization, and the retention of Norris, McLaughlin & Marcus, PA, as
attorneys for the Debtor in these Proceedings is hereby ratified.

**IN WITNESS WHEREOF,** I have hereunto set my hand on this __15__ day of
May, 2010.

JOSEPH FILOON, JR. President

The above is a true copy of the Minutes of a Special Meeting held by the Board of
Directors of the above named company the day and year stated above.

JOSEPH FILOON, JR. President

B1 (Official Form 1)(4/10)                                                                                          **Page 3**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Shoreline Grading, Inc.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

**Morris S. Bauer, Esq.**
Printed Name of Attorney for Debtor(s)

**Norris, McLaughlin & Marcus, PA**
Firm Name

**721 Route 202-206**
**Bridgewater, NJ 08807**

_____
Address

**908-722-0700  Fax: 908-722-0755**
Telephone Number

**May 18, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Joseph Filoon, Jr.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 18, 2010**
Date

B4 (Official Form 4) (12/07)

### United States Bankruptcy Court
#### District of New Jersey

In re   **Shoreline Grading, Inc.**                Debtor(s)        Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| UPAC<br>8245 Nieman Rd<br>Suite 100<br>Lenexa, KS 66214 | UPAC<br>8245 Nieman Rd<br>Suite 100<br>Lenexa, KS 66214 | | | 381,809.44 |
| Brickwall Corp<br>25 First Ave.<br>Suite 200<br>Atlantic Highlands, NJ 07716 | Brickwall Corp<br>25 First Ave.<br>Suite 200<br>Atlantic Highlands, NJ 07716 | | | 349,563.87 |
| Acme Express Oil Company<br>9 Municipal Ln<br>Forked River, NJ 08731 | Acme Express Oil Company<br>9 Municipal Ln<br>Forked River, NJ 08731 | | | 339,543.67 |
| Francis Moon Supply<br>149 Fallsington-Tullytown Rd.<br>Levittown, PA 19054 | Francis Moon Supply<br>149 Fallsington-Tullytown Rd.<br>Levittown, PA 19054 | | | 233,286.56 |
| Jesco Inc<br>118 St Nicolas Ave.<br>South Plainfield, NJ 07080 | Jesco Inc<br>118 St Nicolas Ave.<br>South Plainfield, NJ 07080 | | | 167,795.60 |
| AmeriHealth<br>1901 Market St.<br>Philadelphia, PA 19101 | AmeriHealth<br>1901 Market St.<br>Philadelphia, PA 19101 | | | 153,390.81 |
| Giordano Halleran Ciesla<br>125 Half Mile Road<br>Middletown, NJ 07748 | Giordano Halleran Ciesla<br>125 Half Mile Road<br>Middletown, NJ 07748 | | | 148,942.68 |
| Caterina Supply<br>1271 Glassboro Road<br>Williamstown, NJ 08094 | Caterina Supply<br>1271 Glassboro Road<br>Williamstown, NJ 08094 | | | 147,022.65 |
| Majestic Oil Copmany<br>2104 Fairfax Ave.<br>Cherry Hill, NJ 08003 | Majestic Oil Copmany<br>2104 Fairfax Ave.<br>Cherry Hill, NJ 08003 | | | 98,684.61 |
| Bell Concrete<br>40 Pine Ave<br>Freehold, NJ 07728 | Bell Concrete<br>40 Pine Ave<br>Freehold, NJ 07728 | | | 79,198.06 |
| Garden State Precast<br>1630 Wycoff Rd<br>Farmingdale, NJ 07727 | Garden State Precast<br>1630 Wycoff Rd<br>Farmingdale, NJ 07727 | | | 74,394.53 |

B4 (Official Form 4) (12/07) - Cont.

In re **Shoreline Grading, Inc.**

Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Ferguson Waterworks<br>1210 Blackhorse Pike<br>Folsom, NJ 08037 | Ferguson Waterworks<br>1210 Blackhorse Pike<br>Folsom, NJ 08037 | | | 66,438.63 |
| County Conservation<br>212 Blackwood-Barnesboro Road<br>Sewell, NJ | County Conservation<br>212 Blackwood-Barnesboro Road<br>Sewell, NJ | | | 62,967.50 |
| Hilman Concrete<br>586 Chatsworth Road<br>Tabernacle, NJ 08088 | Hilman Concrete<br>586 Chatsworth Road<br>Tabernacle, NJ 08088 | | | 57,638.23 |
| First Insurance Funding<br>450 Skokie Blvd.<br>Northbrook, IL 60065 | First Insurance Funding<br>450 Skokie Blvd.<br>Northbrook, IL 60065 | | | 55,715.24 |
| Duck Island Terminal<br>1463 Labberton Rd.<br>Trenton, NJ 08611 | Duck Island Terminal<br>1463 Labberton Rd.<br>Trenton, NJ 08611 | | | 51,731.99 |
| JH Cohn Accounting<br>27 Christopher Way<br>Eatontown, NJ 07224 | JH Cohn Accounting<br>27 Christopher Way<br>Eatontown, NJ 07224 | | | 51,260.00 |
| Matrix Construction Services<br>Forsgate Drive<br>Cranbury, NJ 08512 | Matrix Construction Services<br>Forsgate Drive<br>Cranbury, NJ 08512 | | | 50,000.00 |
| Clear-Vue LLC<br>451 Kettle Run Road<br>Marlton, NJ 08053 | Clear-Vue LLC<br>451 Kettle Run Road<br>Marlton, NJ 08053 | | | 40,956.25 |
| Suffolk Redi Mix<br>242 Dover Rd<br>South Toms River, NJ 08757 | Suffolk Redi Mix<br>242 Dover Rd<br>South Toms River, NJ 08757 | | | 40,053.74 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 18, 2010**

Signature

**Joseph Filoon, Jr.**
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

A & E Associates
42 Reads Way
New Castle, DE 09720


Acme Express Oil Company
9 Municipal Ln
Forked River, NJ 08731


Ahmed H. Elgazzar
725 Sunrise Blvd.
Forked River, NJ 08731


Al Getz
70 Columbus Avenue
Browns Mills, NJ 08015


Alan Derflinger
623 Center Street
Forked River, NJ 08731


All Points Capital
275 Broad Howllow Rd.
Melville, NY 11747


Allen Longfellow
211 Front Street
Southampton, NJ 08088


AmeriHealth
1901 Market St.
Philadelphia, PA 19101


Andrea Palmer
77 Lexington Boulevard
Barnegat, NJ 08005


Andrew J. Woods
1662 Joffre Road
Forked River, NJ 08731


Andrew Woods
1662 Joffre Road
Forked River, NJ 08731

Anthony Piscopo
1661 Woodland Road
Forked River, NJ 08731


Atlantic City Electric
PO BOX 4875
Trenton, NJ 08650


Atlantic Concrete Products
8900 Old Route 13
Tullytown, PA 19007


Bell Concrete
40 Pine Ave
Freehold, NJ 07728


Brennan Fuel
11801 Long Beach Blvd.
Long Beach Twp., NJ 08008


Brent Graner
317 King Fisher Road
Tuckerton, NJ 08087


Brian Dickey
175 Lamson Road
Mayetta, NJ 08092


Brian McGrath
140 Division Street
West Creek, NJ 08092


Brickwall Corp
25 First Ave.
Suite 200
Atlantic Highlands, NJ 07716


Bridgestate Foundry
175 Jackson Road
Berlin, NJ 08009


Buxmont Undercarriage
69 Bristol Rd
Chalfont, PA 18914

Carlos Angelo
369 Clifton Avenue
Bayville, NJ 08721

Carol Hall
56 James Avenue
Southampton, NJ 08088

Caterina Supply
1271 Glassboro Road
Williamstown, NJ 08094

Chad Carr
5880 Route 9
Tuckerton, NJ 08087

Charles Thatcher
107 Lakedeerbrook Drive
Little Egg Harbor, NJ 08087

Chris Chowski
1 Cambridge Court
Little Egg Harbor, NJ 08087

Christopher Gilbert
1675 South Orchird Road
Vineland, NJ 08360

Christopher Hendricks
1501 Elwood Road
Mullica, NJ 08037

Christopher R. Varner
100 Morris Blvd.
Manahawkin, NJ 08050

Clear- Vue LLC
451 Kettle Run Road
Marlton, NJ 08053

Comcast
PO BOX 69
Newark, NJ 07101

County Conservation
212 Blackwood-Barnesboro Road
Sewell, NJ

Daniel Embrich
127 Gifford Town Lane
Little Egg Harbor, NJ 08087

Daniel Hoag
326 Thomas Avenue
Little Egg Harbor, NJ 08087

David C. Littleford
100 Morris Blvd.
Manahawkin, NJ 08050

David Cates
1253 Amber Court
Woodstock, IL 60098

David L. Piercy
89 Taranoff Avenue
Jackson, NJ 08527

David Q. Cervartez
79 Scotch Pine Drive
Tuckerton, NJ 08087

Dennis Rowic
11C Spring Street
Manchester Township, NJ 08759

Dineen Basile
183 Compass Rd
Manahawkin, NJ 08050

Donald Lurch
3206 Liberty Avenue
Wall, NJ 07719

Douglas Youse
140 E. Hudson Street
Little Egg Harbor, NJ 08087

Duck Island Terminal
1463 Labberton Rd.
Trenton, NJ 08611


Dustin Mayuex
40 Rodeo Drive
Mayetta, NJ 08092


Ed Martin
113 Buckhorn Lake Court
Little Egg Harbor, NJ 08087


Edwin Figueroa
712 Tampa Road
Forked River, NJ 08731


Eliezer Quezada
79 Scotch Pine Drive
Little Egg Harbor, NJ 08087


Elton Carr
123 Bartlett Avenue
West Creek, NJ 08092


Eric Whatton
1215 Coast Avenue
Manahawkin, NJ 08050


Feliciano Gracida
23 Slocum Place
Long Branch, NJ 07740


Felucene L. Felicitas
97 Oregon Avenue
Waretown, NJ 08758


Ferguson Waterworks
1210 Blackhorse Pike
Folsom, NJ 08037


First Insurance Funding
450 Skokie Blvd.
Northbrook, IL 60065

Florio Rasoilo
133 Main Street
Waretown, NJ 08758

Francis Moon Supply
149 Fallsington-Tullytown Rd.
Levittown, PA 19054

Frank DeGennaro
1047 Whitecap
Manahawkin, NJ 08050

Garden State Precast
1630 Wycoff Rd
Farmingdale, NJ 07727

Gary Clark
38 Lockwood Avenue
Howell, NJ 07731

George LeBeau
49 North Indian Valley Ct.
Little Egg Harbor, NJ 08087

George Mellon
16 Chicory Street
Browns Mills, NJ 08015

George Walsh
2 South Haverford Avenue
Margate City, NJ 08402

Gerald S. Brown
128 Lakeview Drive
Barnegat, NJ 08005

Gerald Tindall
182 Stafford Forge Road
West Creek, NJ 08092

Gerardo DeLaPena
31 River Crest Drive
Little Egg Harbor, NJ 08087

Giles Ransome
2975 Galloway Road
Bensalem, PA 19020


Giordano Halleran Ciesla
125 Half Mile Road
Middletown, NJ 07748


Gregory Brown
7 Phillips Road
Hainesport, NJ 08036


Guillermo Garcia
742 Route 9
Bayville, NJ 08721


Guy D. Clegg
6275 Old Harding Hwy
Mays Landing, NJ 08330


Harold Hendrickson
110 Laurel Hill Lane
West Creek, NJ 08092


Harry Patton
536 Greenbriar Drive
Williamstown, NJ 08094


HD Supply Waterworks
228 Williamstown Road
Berlin, NJ 08009


Heavy Duty Truck Parts


Hilman Concrete
586 Chatsworth Road
Tabernacle, NJ 08088


James Brady
307 Tuscarora Avenue
Barnegat, NJ 08005

James J. Doherty
110 Adriatic Avenue
Waretown, NJ 08758

James R. Snyder Jr.
234 Falcon Drive
Little Egg Harbor, NJ 08087

Jeff Boyce
108 Schley Avenue
Toms River, NJ 08755

Jenn Carr
165 Middle Holly Road
Tuckerton, NJ 08087

Jerry Tindall
182 Stafford Forge Road
West Creek, NJ 08092

Jesco Inc
118 St Nicolas Ave.
South Plainfield, NJ 07080

JH Cohn Accounting
27 Christopher Way
Eatontown, NJ 07224

Jim Snyder
234 Falcon Drive
Tuckerton, NJ 08087

Joanne Sprague
15 Letts Avenue
Manahawkin, NJ 08050

Joao Domingos
200 Capstan Avenue
Beachwood, NJ 08722

John J. Marold
418 Virginia Trail
Browns Mills, NJ 08015

John Musto
217 Birch Road
Tuckerton, NJ 08087


John Peters
28 Timberline Drive
Little Egg Harbor, NJ 08087


Johnny A. Lugo
700 Clifton Avenue
Apt. 18
Lakewood, NJ 08701


Joseph Adragna
392 Chestnut Drive
Manahawkin, NJ 08050


Joseph Andrzetjczak
5 Sand Castle Drive
Cape May Court House, NJ 08210


Joseph Filoon Jr.
195 S. Lakeshore Drive
Manahawkin, NJ 08050


Joseph Knowlton
204 W. Calabreeze Way
Little Egg Harbor, NJ 08087


Joshua Tindall
182 Stafford Forge Road
West Creek, NJ 08092


Keith M. Swanton
4 Hilltop Drive
Bayville, NJ 08721


Keith Tindall
182 Stafford Forge Road
West Creek, NJ 08092


Keith Walker
16 Country Squire Lane
Marlton, NJ 08053

Kenneth Fowler
12 Shelli Terrace
Barnegat, NJ 08005


Kenneth Landberg
466 Clarkstown Road
Mays Landing, NJ 08330


Kevin Wulffen
149 Southard Dr
Manahawkin, NJ 08050


Kyle Shouldice
100 Brand Avenue
Toms River, NJ 08753


Landscape Maintenance
491 Amwell Rd
Hillsborought, NJ 08844


Lawrence Bastardi
31 Willow Street
Waretown, NJ 08758


Lew Mike Golosow
2950 8th Street
Folsom, NJ 08037


Linda Clark
140 Bluejacket Avenue
Manahawkin, NJ 08050


Linda F. Lombardi
231 Newark Road South
Barnegat, NJ 08005


Lorenzo Gracida
156 Liberty Street
Long Branch, NJ 07740


Luis Gonzalez
22 Frederick Drive
Apt. E4
Bayville, NJ 08721

Majestic Oil Copmany
2104 Fairfax Ave.
Cherry Hill, NJ 08003


Marco Celis
25 Citadel
Toms River, NJ 08757


Maria Cymanski
8 Stern Court
Barnegat, NJ 08005


Mario Castro
54 Edgewood Drive
Toms River, NJ 08755


Mark Merz
1224 Fourth Avenue
Toms River, NJ 08757


Mathew Daly
4963 Moss Mill Road
Egg Harbor City, NJ 08215


Matrix Construction Services
Forsgate Drive
Cranbury, NJ 08512


Mauro Trindade
219 Predmore Avenue
Lanoka Harbor, NJ 08734


Megan F. Schweigart
55 Andrew Drive
Manahawkin, NJ 08050


MGS
309 Route 72
Barnegat, NJ 08005


Michael Bleichner Sr.
117 Bowspirit Road
Manahawkin, NJ 08050

Michael R. Field
52 Bunker Hill Road
Shamong, NJ 08088

Michael Siano
2536 Whitesville Rd
Toms River, NJ 08755

Nelson Giberson
626 North Main Street
Manahawkin, NJ 08050

New Jersey Natural Gas
PO BOX 1378
Wall, NJ 07715

Paul Zubrycky
256 Neptune Drive
Manahawkin, NJ 08050

Peter G. Kempf Jr.
232 B Leeward Road
Manahawkin, NJ 08050

RE Pierson Materials
426 Swedesboro Rd
Pilesgrove, NJ

Reit Lubricants
899 Mearns Rd
Warminster, PA 18971

Richard Kindt
1312 E. Bay Ave
Manahawkin, NJ 08050

Richard Massey
13 E. Calabreeze Way
Mystic Island, NJ 08087

Richard McCrone III
326 Warwick Drive
Cream Ridge, NJ 08514

Robert A. Uhlig
12 Westshore Drive
Southhampton, NJ 08088


Robert J. Anderson Jr.
200 Quail Run Road
Browns Mills, NJ 08015


Robert Smith
111 Breton Road
Brick, NJ 08723


Robert Thomas
1521 North Stream Parkway
Point Pleasant Beach, NJ 08742


Ron Syanovitz
34 Barnegat Beach Drive
Absecon, NJ 08205


Ruben Martinez
25 Jackson Street
Long Branch, NJ 07740


Russell Tindall
182 Stafford Forge Road
West Creek, NJ 08092


Scott Shouldice
260 Burr Street
Barnegat, NJ 08005


State of New Jersey - MFT
Revenue Processing Center
PO Box 243
Trenton, NJ 08646


Steven Cerqua
102 Nantucket Road
Forked River, NJ 08731


Steven Franjul
1303 Paris Court
Lakewood, NJ 08701

Steven L. Davis
83 S. Shore Drive
Little Egg Harbor, NJ 08087


Steven Sink
24 West McKinley Avenue
Absecon, NJ 08205


Steven Spickler
PO BOX 549
New Gretna, NJ 08224


Steven Traut
539 Coral Avenue
Manahawkin, NJ 08050


Straight Edge Stripping


Suffolk Redi Mix
242 Dover Rd
South Toms River, NJ 08757


The Blue Book
PO Box 500
Jefferson, NY 10535


Thomas Giardelli
422 W. Calabreeze Way
Little Egg Harbor, NJ 08087


Thomas Holloway Jr.
205 Salty Avenue
Manahawkin, NJ 08050


Thomas J. Roulette
845 B Ensign Street
Beachwood, NJ 08722


Thomas Phoenix International
2619 B Route 206
Eastampton, NJ 08060

Thomas Polson
453 Chestnut Neck Road
Port Republic, NJ 08241


Tim Cramer
326 Ash Road
Tuckerton, NJ 08087


Timothy Corapi
140 Lilac Drive
Toms River, NJ 08753


Timothy Eisenhower
10571 Highway 40 East
Inglis, FL 34449


Todd P. Ressler
21 Shoveler Lane
Manahawkin, NJ 08050


Tom Steadman
20 Lally Lane
Mayetta, NJ 08092


Travelers
13607 Collections Center Drive
Chicago, IL 60693


UPAC
8245 Nieman Rd
Suite 100
Lenexa, KS 66214


Valerie Milton
125 Cox Avenue
Tuckerton, NJ 08087


Verizon
PO BOX 4833
Trenton, NJ 08650


Verizon Wireless

Victor Martinez
74 Seventh Avenue
Long Branch, NJ 07740

William Atchley
1809 Beach Blvd.
Forked River, NJ 08731

William J. Hart
86 E Conn Concourse
Jackson, NJ 08527

William McMullan
199 North Maple Avenue
Tuckerton, NJ 08087

William Nacca
108 Manchester Road
Forked River, NJ 08731

William Stephens
5882 Route 9
Tuckerton, NJ 08087